IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-792 YGR |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: DISCLOSURES AND NOTICE TO DEFENDANT ANDREW CERVANTES** |
| v. | |
| ANDREW FRED CERVANTES, | |
| Defendant. | **RE: DKT. NO. 786** |

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

Counsel for the Government is hereby **ORDERED TO SHOW CAUSE** why the Government has not complied with the Court's order to (i) update its Rule 404(b) disclosures as to defendant Andrew Cervantes and (ii) provide proper Rule 12 notice to defendant Andrew Cervantes, by October 30, 2015. (*See* Dkt. No. 778.) The Court understands that, to date, the Government has not yet provided disclosures or notice to defendant Andrew Cervantes. (*See* Dkt. No. 786.)

A hearing on this Order to Show Cause shall be held on **Friday, November 13, 2015** at **9:30 a.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. To the extent that compliance with the Court's order directing updated disclosures and notice is not yet complete, counsel for the Government must file a written response explaining its failure to comply no later than **November 12, 2015**.

**IT IS SO ORDERED.**

Dated: November 6, 2015

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE