**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No.: 12-CR-0792 YGR** |
| **Plaintiff,** | **ORDER ON REQUEST FOR MEDICAL ITEM** |
| v. | Re: Docket No. 984 |
| **HENRY CERVANTES,** *et al.*, | |
| **Defendants.** | |

Defendant Andrew Cervantes filed a request for an order allowing him to receive delivery of shoes purchased by undersigned counsel to wear in custody (Docket No. 984). Good cause appearing, Defendant Andrew Cervantes currently housed at the Glenn Dyer Detention Facility in Oakland, California, shall be permitted to receive a pair of shoes to assist with his medical needs as long as such shoes comport with regulations. The Court understands that a pair of plain white New Balance walking shoes without laces complies, and hereby **ORDERS** the jail to accept delivery of the same from counsel for Andrew Cervantes.

This Order terminates Docket No. 984.

**IT IS SO ORDERED**.

Date: March 9, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**