UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL TRIAL MINUTES

**Date:** April 19, 2016　　**Time:** 8:00am-8:14am;　　**Judge:** YVONNE GONZALEZ ROGERS
8:30am-8:37am; 8:50am-
9:36am; 10:13am-11:35am;
11:37am-12:25pm

**Case No.:** 12-cr-00792-YGR-1,2,4,12　　**Case Name:** UNITED STATES v. Henry Cervantes[present; in custody] Alberto Larez[present; in custody]; Jaime Cervantes [present; in custody]; Andrew Cervantes[present; in custody]

**Attorney for Plaintiff:** AUSA Joseph Alioto; Robert Tully; William Frentzen
**Attorney for Defendant:** Deft Henry Cervantes: John Philipsborn. Deft Alberto Larez- Brian Getz. Deft. Jaime Cervantes: Randy Sue Pollock. Deft Andrew Cervantes: K. Alexandra McClure

**Deputy Clerk:** Frances Stone　　**Court Reporter:** Diane Skillman
**Interpreter:** not needed　　**Probation Officer:** not needed

## PROCEEDINGS

Further Jury Selection (second group- 38 (of the 56 who were to report today)- HELD

Discussion with counsel. List of some jurors from yesterday's group that are excused stated on the record. Recess.
Panel of 38 prospective jurors enter courtroom. Judge enters courtroom. Court has panel sworn as to filling out questionnaire. Panel of 38 prospective jurors returns to jury assembly room to fill out questionnaires. Recess.
Court reviews a number of individual prospective jurors re hardship requests. Completed. Discussion with counsel. Recess for the day.

Notes: Counsel are to contact CRD if there is an issue for the Court; hearing to be set for Thursday morning 4/21/16 if needed.
The Wednesday 4/20/16 at 8:00am/8:30am Jury Selection is VACATED.

**CASE CONTINUED TO:** Monday, April 25, 2016 at 8:30am for Further Jury Selection
Counsel to be present at 8:30am. Juror Panel for 4/25/16 to appear at 9:00am in Courtroom.