# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>HENRY CERVANTES, *et al.*,<br><br>    Defendants. | Case No.: 12-CR-0792 YGR<br><br>PROTECTIVE ORDER FOR BOP INTELLIGENCE FILES RE: TOBIAS VIGIL |

On April 20, 2016, Magistrate Judge Westmore issued an order indicating that, after her *in camera* review of certain documents, she was prepared to order their production in unredacted form. (Dkt. No. 1097) While the Court has referred discovery in this case, in connection with the Court's review of Defendant Andrew Cervantes's motion with respect to Tobias Vigil (Dkt. No. 989), the Court has proactively reviewed the BOP documents submitted for *in camera* review related to Mr. Vigil and issues this Order with respect to that subset of documents.

The Court **FINDS** that all of the government's proposed redactions are not only highly confidential due to security concerns, but they also redact information that is non-responsive as it does not relate to Mr. Vigil. Moreover, all of the responsive documents predate the Third Superseding Indictment with a date range of August 2001 to June 2006. The Court therefore **ORDERS** that these documents shall be produced in the proposed redacted form, except for limited alterations made by the Court at pages 16 and 17, subject to the protective order issued in this case.

The original documents shall be returned to the government and a copy set will be made available to counsel for Andrew Cervantes in the Clerk's office. Counsel shall not copy any portion of the documents and shall not disseminate any of the contents by any means, except as is

necessary for Court proceedings. The documents shall be sequestered and made available for attorneys' eyes only. The parties may not use the records in any court proceeding or otherwise disclose any portion of the records in their contents without a court order. At the conclusion of the case, including the final disposition of an appeal of any conviction, counsel for the defense shall return the records to the government. A copy of this Order shall always be maintained with the documents. This Order shall continue in effect after the conclusion of these proceedings.

**IT IS SO ORDERED**.

Date: April 21, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**