**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 12-CR-0792 YGR |
| Plaintiff, | **ORDER GRANTING MOTION RE: INCORRECTLY FILED DOCUMENT** |
| v. | |
| **ANDREW F. CERVANTES,** *et al.*, | **RE: DKT. NO. 1250** |
| Defendants. | |

Defendant Andrew Cervantes (A. Cervantes) filed a motion to remove incorrectly filed document (Dkt. No. 1250), specifically to remove his reply in support of his motion *in limine* (Dkt. No. 1213). Based upon the showing of A. Cervantes and good cause having been shown for the redaction of information in the document at issue, the motion is **GRANTED**.

The Clerk is directed to remove Docket Entry 1213 in the ECF System for the Northern District of California. A. Cervantes shall file on the public docket a properly redacted version of Docket Entry 1213.

This Order terminates Docket Number 1250.

**IT IS SO ORDERED**.

Date: June 8, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**