1

2

3

4

5

6                         **UNITED STATES DISTRICT COURT**

7                        **NORTHERN DISTRICT OF CALIFORNIA**

8

9    **UNITED STATES OF AMERICA,**                    CASE NO. 4: 12-cr-792-YGR-12

10              Plaintiff,                            **ORDER DENYING MOTION FOR
                                                      COMPASSIONATE RELEASE**
11          vs.
                                                      Re: Dkt. Nos. 1734, 1735
12   **ANDREW FRED CERVANTES,**

13              Defendant.

14          Defendant Andrew Fred Cervantes is currently in the custody of the Bureau of Prisons

15   ("BOP") and incarcerated at the United States Penitentiary Institute in Florence, Colorado

16   ("Florence ADX").  Mr. Cervantes moves for an order modifying his sentence pursuant to 18

17   U.S.C. section 3582(c)(1)(A).  Mr. Cervantes requests that the Court reduce his sentence to time

18   served with the balance of the period of his original sentence imposed as a period of supervised

19   release with home confinement and such other conditions as the Court deems just.  The

20   Government opposes the motion.

21          The Court has jurisdiction to grant the relief requested[1] and, having carefully considered

22   the papers and evidence[2] submitted in support of and in opposition to the motion and the reports

23   provided by U.S. Probation, the Court **DENIES** the motion.

24
_____

25          [1] The Government concedes Mr. Cervantes submitted a request for compassionate release
     to the warden on July 23, 2020, but contends he failed to exhaust his administrative remedies since
26   it was denied for technical reasons.  However, thirty days have passed since the submission of the
     request and rejection by the warden, and the Court finds that it has jurisdiction to consider the
27   motion.

28          [2] Mr. Cervantes submitted records along with a motion to seal at Docket No. 1735.  That
     motion is **GRANTED**.

United States District Court
Northern District of California

United States District Court
Northern District of California

**DISCUSSION**

1

2        Mr. Cervantes is serving a sentence imposed by this Court following his conviction by a

3   jury on charges of racketeering  18 U.S.C. § 1962(d) and narcotics trafficking, 21 U.S.C. §§ 846

4   and 841(a)(1), (b)(1)(A).  In addition to the counts of conviction for narcotics trafficking and

5   racketeering, the jury specifically found that Cervantes conspired to commit murder and urged

6   others to commit murder through his actions as the national overseer of a violent and dangerous

7   organized crime syndicate known as Nuestra Familia.  On December 21, 2016, this Court

8   sentenced Mr. Cervantes to a term of imprisonment of 36 years in prison in the custody of the

9   Bureau of Prisons ("BOP").  (Dkt. No. 1561.)  With an anticipated release date in 2045, Mr.

10  Cervantes has served less than 20% of his sentence.

11       Section 3582 provides that a "court may not modify a term of imprisonment once it has

12  been imposed except . . . upon motion of the Director of the Bureau of Prisons, or upon motion of

13  the defendant."  18 U.S.C. § 3582(c)(1)(A).  After considering the sentencing factors from 18

14  U.S.C. section 3553(a) "to the extent that they are applicable," a court may grant a motion to

15  reduce a sentence under two circumstances, one of which is "if it finds that . . . extraordinary and

16  compelling reasons warrant such a reduction" and "that such a reduction is consistent with

17  applicable policy statements issued by the Sentencing Commission."  *Id*. § 3582(c)(1)(A)(i).

18       With respect to whether an "extraordinary or compelling reason" justifies release, Mr.

19  Cervantes argues that he is particularly vulnerable to contracting COVID-19 and becoming

20  seriously ill given the ongoing coronavirus pandemic.  Mr. Cervantes is a 64-year-old man who

21  suffers from high blood pressure, hypertension, hyperlipidemia (high blood cholesterol), and latent

22  tuberculosis.  Mr. Cervantes contends these conditions make it impossible for him to "provide

23  self-care within the environment of a correctional facility" under the current conditions of

24  COVID-19 pandemic.  However, each condition appears currently to be under control.

25       The Court, having presided over the multi-month trial in this matter, is thoroughly familiar

26  with this case and the crimes of which Mr. Cervantes was convicted.  In deciding the motion, the

27  Court takes into account the danger to the safety of any other person or to the community, as

28  provided in 18 U.S.C. section 3142(g), which does not favor Mr. Cervantes' release.  Finally, the

United States District Court
Northern District of California

1    Court has also considered the factors under 18 U.S.C. section 3553(a), which do not support Mr.

2    Cervantes' request for compassionate release.

3           "General concerns about possible exposure to COVID-19 do not meet the criteria for

4    extraordinary and compelling reasons for a reduction in sentence set forth in the Sentencing

5    Commission's policy statement on compassionate release, U.S.S.G. §1B1.13." *United States v.*

6    *Eberhart*, 448 F.Supp.3d 1086, 1090 (N.D. Cal. Mar. 25, 2020) (Hamilton, J.).  The law and the

7    specific facts of this case weigh against granting of this motion.

8           For the foregoing reasons, defendant's motion for compassionate release is **DENIED**.

9           This Order terminates Docket Nos. 1734 and 1735.

10          **IT IS SO ORDERED.**

11

12   Dated: February 16, 2021

13                                                        **YVONNE GONZALEZ ROGERS**
                                                         **UNITED STATES DISTRICT JUDGE**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28